JS-6

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DANIEL M. DIAZ,<br>Petitioner,<br>v.<br>WARDEN – CSP CALIPATRIA,<br>Respondent. | Case No. 5:25-cv-00715-JAK-MBK<br>JUDGMENT |

Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that this case is dismissed without prejudice.

Dated: July 21, 2026

JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE